```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

ROBERT THOMAS MAYS,              :
                                 :
    Petitioner,              :
                                 :
vs.                              :    CIVIL ACTION 10-0028-WS-M
                                 :
CARTER F. DAVENPORT,             :
                                 :
    Respondent.              :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Carter F. Davenport and against Petitioner Robert Thomas Mays pursuant to 28 U.S.C. § 2244(d).

DONE this 28th day of November, 2011.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE